**United States District Court**
**Violation Notice** (Rev. 1/2020)

NP23266934

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M B | E2028813 | A. Brown | 67 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/19/2023  1235 | 36 CFR 2.10(b)(8) |

Place of Offense: Backcountry Office

Offense Description: Factual Basis for Charge — Failure to obtain a permit

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Salazar   First Name: Christopher   MI: J

[Street Address redacted]

[Vehicle info redacted]

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 130.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2028813*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/2023   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.